THE BANKING CENTER *v.* MARTIN L. HAMMER ET AL.
(8704)

DALY, FOTI and CRETELLA, Js.

Argued December 4—decision released December 6, 1990

*Geraldine Ficarra,* for the appellant (defendant Ronnie Hammer).

*Mary Piscatelli Brigham,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

IRWIN HUTT *v.* TURNPIKE REALTY OF
WATERTOWN, INC., ET AL.
(8804)

DALY, NORCOTT and LANDAU, Js.

Argued December 4—decision released December 12, 1990

*Earl M. Temchin,* for the appellant (plaintiff).

*Thomas J. Sansone,* for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.